## FORD MOTOR CREDIT COMPANY

v.

## Michael ROSSI.

### No. 80–38–A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis S. Baluch, Providence, for plaintiff.

Donald E. Allcock, Pawtucket, for defendant.

## ORDER

The plaintiff's motion to dismiss this appeal is denied without prejudice to plain-

tiff's filing a proper motion with an adequate supporting memorandum.